IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0895
 ((((((((((((((((

 Nilda Rodriguez, Petitioner

 v.

 Texas department of family and protective services, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petitioner's motion to extend time to file petition for
review, filed on November 2, 2011, is ABATED.
 2. The motion is removed from the Court's active docket. It is
the parties' responsibility to immediately notify this Court once the court
of appeals' decision is final. See Tex. R. App. P. 53.7(a).

 Done at the City of Austin, this 15th day of February, 2012.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Melinda Weaver, Deputy Clerk